IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Horace Hicks, | ) | C/A No.: 1:18-1952-HMH-SVH |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| G. Lane, Warden; and Derek Danley, Lt., | ) | |
| Defendants. | ) | |

This matter comes before the court on the motion [ECF No. 24] of defendant Derek Danley ("Danley") to compel Horace Hicks ("Plaintiff") to produce responses to Danley's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Danley's motion at ECF No. 24-1 and 24-2.

The motion indicates that the Discovery Requests were first served on Plaintiff on October 23, 2018. The motion also indicates that defense counsel sent Plaintiff a letter on December 6, 2018, notifying him of the overdue discovery and requesting Plaintiff to forward his responses. [ECF No. 24]. Danley's motion indicates that Plaintiff has failed to respond to the Discovery Requests. *Id.*

In light of the foregoing, the court grants Danley's motion to compel. Plaintiff is directed to provide responses to the discovery requests by

1

December 27, 2018. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Danley's attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

December 13, 2018                                 Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge